IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
CENTRAL DIVISION

LESLIE C. MURILLO                                                     PLAINTIFF

V.                         No. 4:24-CV-00013-JM

PHILLIP MILLER, *ET AL.*                                      DEFENDANTS

**ORDER**

Plaintiff alleges that on September 26, 2022, she was booked into the White County Detention Center on one count Failure to Register as Sex Offender or Report under Arkansas law. She was released on her own recognizance from the County jail on April 24, 2023.[1] Her complaint challenges this conviction.

Because Plaintiff's allegations go directly to the validity of her conviction, and she has presented no evidence that the conviction has been reversed, set aside, or expunged, her claims are *Heck*-barred.[2] This case is DISMISSED.

IT IS SO ORDERED this 26th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 6.

[2] *Williams v. Schario*, 93 F.3d 527, 529 (8th Cir. 1996) (per curiam) (false testimony and malicious prosecution claims are *Heck*-barred where they necessarily imply invalidity of conviction or sentence).