IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
CENTRAL DIVISION

**LESLIE C. MURILLO**                                                                **PLAINTIFF**

V.                              No. 4:24-CV-00013-JM

**PHILLIP MILLER,** *ET AL.*                                                  **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 26th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE